UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DIPACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-03033-VC<br><br>**ORDER GRANTING MOTIONS TO DISMISS; SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 65, 66, 67 |

　　　　The defendants' motions to dismiss the first cause of action are granted, because the second amended complaint does not cure the defect that resulted in dismissal of the previous version of the complaint, namely, failure to plausibly allege that any of the defendants constructively trespassed on Dipace's property.  Dismissal is with prejudice because there is no conceivable allegation Dipace could make to support a trespass claim.

　　　　A further case management conference is scheduled for Tuesday, August 26, 2014 at 10:00 a.m.  The court rejects the parties' proposed case management schedule, which includes a trial date of November 9, 2015.  The parties are ordered to submit a stipulated case management schedule no later than seven days before the case management conference which includes a trial date of no later than May 2015.  The schedule should include a deadline for the completion of mediation or some form of ADR prior to the deadline for expert disclosures.  If the parties submit such a schedule, and if the parties believe no additional matters require discussion at the case management conference, they may request that the case management conference be taken off calendar.

　　　　**IT IS SO ORDERED.**

Dated: August 7, 2014

_____
VINCE CHHABRIA
United States District Judge